346 F.2d 567
 Esther Y. D'AMICO and Frank D'Amico, Her Husband, Appellants,
v.
Leo T. MAHON, Defendant and Third-Party Plaintiff, v. Paul
James DAILY and Richard A. Neish, Jr., Third-Party
Defendants.
 No. 15187.
 United States Court of Appeals Third Circuit.
 Argued June 10, 1965.
Decided June 24, 1965.
 
 Appeal from the United States District Court for the Western District of Pennsylvania; Edward Dumbauld, Judge.
 Stephen A. Zappala, Zappala & Zappala, Pittsburgh, Pa., for appellants.
 Giles J. Gaca, Pringle, Bredin, Thomson, Grigsby & Rhodes, Pittsburgh, Pa., for appellees.
 Before KALODNER, HASTIE and SMITH, Circuit Judges.
 PER CURIAM.
 
 
 1
 On review of the record we find no error. The Order of the District Court and the Judgment entered pursuant thereto, on October 27, 1964, will be affirmed.